**FILED**
**04-13-2022**
**George L. Christenson**
**Clerk of Circuit Court**
**2021CV000395**

STATE OF WISCONSIN          CIRCUIT COURT          MILWAUKEE COUNTY

TRISHA M. BABLER and
DAVID G. BABLER,

      Plaintiffs,

UNITED HEALTHCARE INSURANCE          Case No. 2021CV000395
COMPANY,

v.          Classification Code:  30108 Asbestos

SOO LINE RAILROAD CO. and
SPRINKMANN SONS CORPORATION,

      Defendants.

_____

## PLAINTIFFS' RESPONSE TO DEFENDANT SPRINKMANN SONS CORPORATION'S MOTION FOR SUMMARY JUDGMENT

_____

      Without conceding any facts or arguments made in Sprinkmann Sons Corporation's

Motion for Summary Judgment, Plaintiffs do not object to the dismissal of Sprinkmann Sons

Corporation from this matter.

Dated this 13th day of April, 2022.

                        Respectfully submitted,

PO ADDRESS:                    MURPHY & PRACHTHAUSER, sc
330 East Kilbourn Ave.  #1200          Attorneys for Plaintiffs,
Milwaukee, WI  53202
414-271-1011                    BY *Electronically Signed by Keith R. Stachowiak*
414-271-9987 FAX                    Thadd J. Llaurado SBN: 1000773
tllaurado@murphyprachthauser.com          Keith R. Stachowiak SBN: 1000050
kstachowiak@murphyprachthauser.com          Kathryn C. Llaurado SN: 1095288
kllaurado@murphyprachthauser.com

CO-COUNSEL:
Charles P. Stern (*Pro Hac Vice*)
BEASLEY, ALLEN CROW METHVIN PORTIS & MILES, PC
218 Commerce Street
PO Box 4160
Montgomery, AL  36102

**Exhibit A**